Hon. James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BRYAN HASTINGS,<br><br>*Plaintiff*,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>*Defendants*. | Case No.: 2:25-cv-00789-JLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

This matter came before this Court on the parties' Stipulated Motion to Extend Deadline for Defendants to File Responsive Pleading. Dkt. No. 10. Having reviewed the motion, this Court finds good cause to grant the extension of deadline requested, as follows:

The deadline for Defendants to file a responsive pleading will be extended to June 20, 2025.

IT IS SO ORDERED.  DATED this 28th day of May, 2025

_____
Hon. James L. Robart
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING
CASE NO. 2:25-cv-00789-JLR
Page 1

HOUSER LLP
1420 Fifth Ave. #2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Presented by :

HOUSER LLP

s/ Robert W. Norman
Robert W. Norman (WSBA 37094)
1420 Fifth Avenue, #220
Seattle, WA 98101
(206) 596-7838
rnorman@houser-law.com
*Attorneys for Defendants,*
*Newrez LLC dba Shellpoint Mortgage Servicing*

BRESKIN JOHNSON & TOWNSEND, PLLC

s/ Brendan W. Donckers
Brendan W. Donckers (WSBA 39406)
600 Stewart Street #901
Seattle, WA 98101
(206) 652-8660
bdonckers@bjtlegal.com
*Attorneys for Plaintiff,*
*Bryan Hasting*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING
CASE NO. 2:25-cv-00789-JLR
Page 2

HOUSER LLP
1420 Fifth Ave. #2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839