Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRYAN HASTINGS,<br><br>*Plaintiff*,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>*Defendants*. | Case No.: 2:25-cv-00789-JLR<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING DEADLINE FOR (1) INITIAL DISCLOSURES, (2) JOINT STATUS REPORT, AND (3) RESPONSIVE PLEADING FOR THE PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS |

This matter came before this Court on the parties' Stipulated Motion for an Order Extending Deadline for (1) Initial Disclosures, (2) Joint Status Report, and (3) Responsive Pleading for the Parties to Continue Settlement Discussions in this putative class action. Dkt. No. 12. Having reviewed the motion, this Court finds good cause to grant the extension of the deadline requested, as follows:

- The deadline for the parties to serve initial disclosures pursuant to FRCP Rule 26 is extended to July 22, 2025.

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING DEADLINE FOR (1) INITIAL DISCLOSURES, (2) JOINT STATUS REPORT, AND (3) RESPONSIVE PLEADING FOR THE PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS
CASE NO. 2:25-cv-00789-JLR
Page 1

HOUSER LLP
1420 Fifth Ave. #2200
Seattle, WA 98101
PH: (949) 679-1111
FAX: (949) 679-1112

- The deadline for the parties to file their joint status report is extended to August 4, 2025.
- The deadline for Defendant to file a responsive pleading is extended to July 7, 2025.

**IT IS SO ORDERED**.

DATED this 18th day of June, 2025

Hon. James L. Robart
United States District Judge

Presented by :

HOUSER LLP

*s/ Robert W. Norman*
Robert W. Norman (WSBA 37094)
1420 Fifth Avenue, #220
Seattle, WA 98101
(949) 679-1111
rnorman@houser-law.com
*Attorneys for Defendants,*
*Newrez LLC dba Shellpoint Mortgage Servicing*


BRESKIN JOHNSON & TOWNSEND, PLLC

*s/ Brendan W. Donckers*
Brendan W. Donckers (WSBA 39406)
600 Stewart Street #901
Seattle, WA 98101
(206) 652-8660
bdonckers@bjtlegal.com
*Attorneys for Plaintiff,*
*Bryan Hasting*

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING DEADLINE FOR (1) INITIAL DISCLOSURES, (2) JOINT STATUS REPORT, AND (3) RESPONSIVE PLEADING FOR THE PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS
CASE NO. 2:25-cv-00789-JLR
Page 2

HOUSER LLP
1420 Fifth Ave. #2200
Seattle, WA 98101
PH: (949) 679-1111
FAX: (949) 679-1112