HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN HASTINGS,

                    Plaintiff,

v.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING, a foreign limited
liability company,

                    Defendant.

No.: 2:25-cv-00789-JLR

[PROPOSED] ORDEER GRANTING
PLAINTIFF'S UNOPPOSED MOTION
FOR VOLUNTARY DISMISSAL

THIS MATTER, having come for consideration on Plaintiff's Motion for Voluntary Dismissal, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal is GRANTED.

IT IS SO ORDERED.

DATED this 26th day of ___February_____, 2026.

_____
HONORABLE JAMES L. ROBART

BRESKIN JOHNSON TRIAL LAWYERS, PLLC
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

Presented by:

BRESKIN JOHNSON TRIAL LAWYERS, PLLC

By: /s Brendan W. Donckers
Brendan W. Donckers, WSBA #39406
506 2nd Avenue, Suite 2400
Seattle, WA 98104
(206) 652-8660 Fax (206) 652-8290
 bdonckers@bjtlawyers.com

*Attorney for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR VOLUNTARY
DISMISSAL - 2

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660